**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

PHARMACEUTICAL RESEARCH AND MANUFACTURERS OF AMERICA,

Plaintiff,

v.

ROBERT F. KENNEDY JR., in his official capacity as Secretary of Health and Human Services, UNITED STATES DEPARTMENT OF HEALTH AND HUMAN SERVICES, MEHMET OZ, in his official capacity as Administrator of the Centers for Medicare and Medicaid Services, CENTERS FOR MEDICARE AND MEDICAID SERVICES, ABE SUTTON, in his official capacity as Director of the Center for Medicare and Medicaid Innovation, and CENTER FOR MEDICARE AND MEDICAID INNOVATION,

Defendants.

Case No. 1:26-cv-03498-RCL

**ORDER**

The Court has considered the parties' Joint Motion To Set Briefing Schedule of October 23, 2026. It is hereby:

**ORDERED** that the parties are directed to appear at a status conference on Monday, November 2, 2026, at 2:00 p.m.

Dated: 10-28-26

Royce C. Lamberth
United States District Judge