**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

PHARMACEUTICAL RESEARCH AND MANUFACTURERS OF AMERICA,

Plaintiff,

v.

ROBERT F. KENNEDY JR., in his official capacity as Secretary of Health and Human Services, UNITED STATES DEPARTMENT OF HEALTH AND HUMAN SERVICES, MEHMET OZ, in his official capacity as Administrator of the Centers for Medicare and Medicaid Services, CENTERS FOR MEDICARE AND MEDICAID SERVICES, ABE SUTTON, in his official capacity as Director of the Center for Medicare and Medicaid Innovation, and CENTER FOR MEDICARE AND MEDICAID INNOVATION,

Defendants.

Case No. 1:26-cv-03498-RCL

**SCHEDULING ORDER**

The Court has considered the parties' Joint Motion To Set Briefing Schedule of October 23, 2026. It is hereby:

**ORDERED** that the parties shall file and brief dispositive motions according to the following schedule:

| | |
|---|---|
| PhRMA's Motion for Summary Judgment, with an accompanying memorandum in support not to exceed 45 pages. | November 4, 2026 |
| Defendants' Combined Motion to Dismiss or, in the Alternative, for Summary Judgment & Opposition to PhRMA's Motion, with an accompanying memorandum not to exceed 55 pages. | December 10, 2026 |
| PhRMA's Combined Reply in Support of Motion for Summary Judgment & Opposition to Defendants' Motion, not to exceed 55 pages. | January 7, 2027 |

| | |
|---|---|
| Defendants' Reply in Support of their Motion, not to exceed 40 pages. | January 29, 2027 |

**ORDERED** that the Court will schedule oral argument, if appropriate, following the close of briefing.

**ORDERED** that any obligations to produce the administrative record or prepare a statement of undisputed material facts are set aside.

**SO ORDERED.**

Dated: 11-2-26

Royce C. Lamberth
United States District Judge