**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| PHARMACEUTICAL RESEARCH AND MANUFACTURERS OF AMERICA,<br>*Plaintiff*,<br>v.<br>ROBERT F. KENNEDY JR., *et al.*,<br>*Defendants*. | Case No. 1:26-cv-03498-RCL |

**PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT**

Pursuant to Rule 56 of the Federal Rules of Civil Procedure and Local Civil Rule 7(h), Plaintiff Pharmaceutical Research and Manufacturers of America, by undersigned counsel, respectfully moves for summary judgment against all Defendants on all claims. Plaintiff respectfully requests that this Court declare unlawful the "Global Benchmark for Efficient Drug Pricing (GLOBE) Model" Rule, 91 Fed. Reg. 62,936 (Oct. 2, 2026). Plaintiff further respectfully requests that this Court hold unlawful and set aside the Rule. 5 U.S.C. § 706(2).

The grounds for this motion are set forth in the attached memorandum of law, along with its supporting declarations. A proposed order describing with more particularity the relief sought is attached hereto.

Dated: November 4, 2026

Respectfully submitted,

*/s/ Elizabeth B. Prelogar*
Elizabeth B. Prelogar (D.C. Bar No. 1011890)
Joshua Revesz (D.C. Bar No. 1616617)
Elias S. Kim (*pro hac vice*)
Jade Ford (*pro hac vice*)
COOLEY LLP
1299 Pennsylvania Avenue NW, Suite 700
Washington, DC 20004
(202) 842-7800
eprelogar@cooley.com

Connie L. Wang (*pro hac vice*)
COOLEY LLP
3175 Hanover Street
Palo Alto, CA 94304
(650) 843-5000

*Attorneys for Plaintiff Pharmaceutical Research and Manufacturers of America*

**CERTIFICATE OF SERVICE**

I hereby certify that on November 4, 2026, I electronically filed the foregoing Motion and Memorandum of Law in Support of Plaintiff's Motion for Summary Judgment with the Clerk of the Court by using the CM/ECF system, which will send a notice of electronic filing to all CM/ECF participants.

*/s/ Elizabeth B. Prelogar*
Elizabeth B. Prelogar